NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHOENIX SOLUTIONS, INC.,**
*Plaintiff-Appellant,*

v.

**WEST INTERACTIVE CORP.,**
*Defendant-Appellee.*

---

2011-1022

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-8156, Senior Judge Mariana R. Pfaelzer.

---

## ON MOTION

---

## ORDER

The parties move for a 60-day extension of time, until February 18, 2011, for Phoenix Solutions, Inc. to file its opening brief, and for an extension of time until 70 days after service of Phoenix's brief for West Interactive Corporation to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 2 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: R. Joseph Trojan, Esq.
Mark A. Lemley, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 4 2010

JAN HORBALY
CLERK